```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ANTHONY BROADY, individually and on behalf of : ECF case
others similarly situated,
:
                         Plaintiff, : Case No. 08 Civ. 3451 (PKC)
:
          - against - :
:
CHAMPION COURIER, INC., RABBIT : **STIPULATION FOR**
MESSENGER, INC. and STEVE LIPTON, : **EXTENSION OF TIME TO**
                      Defendants. : **MOVE OR ANSWER**
------------------------------------- x

IT IS HEREBY stipulated and agreed by and between the attorneys for the parties that the time for defendants to answer or otherwise respond to the complaint herein is extended to and including June 20, 2008. Defendants hereby waive any defense they may otherwise have been able to assert pursuant to Fed. R. Civ. P. 12(b)(5) based on insufficiency of service of process.

Dated: April 28, 2008

**MICHAEL SHEN & ASSOCIATES, P.C.**

By _Michael Shen/by JHP_
    Michael Shen  *plaintiff's firm*
    *granted by email*
225 Broadway, Suite 2515
New York, NY 10007
(212) 227 – 0300
*Attorneys for Plaintiff*

**EPSTEIN BECKER & GREEN, P.C.**

By _[signature]_
    John Houston Pope
250 Park Avenue
New York, NY 10117
(212) 351 – 4500
*Attorneys for Defendants*

SO ORDERED: _[signature]_
_____
    U.S.D.J.
5-20-08