**MEMO ENDORSED**

**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

JOHN HOUSTON POPE
TEL: 212.351.4641
FAX: 212.878.8741
JHPOPE@EBGLAW.COM

May 19, 2008

*Adjourned to June 27 at 10 am.*
*SO ORDERED*
*6-20-08*

**VIA FACSIMILE**

Hon. P. Kevin Castel
U.S. District Judge
U.S. District Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Broady v. Champion Courier, Inc.*, et al., Case No. 08 Civ. 3451 (PKC)

Dear Judge Castel:

We represent Defendants in the above-referenced matter. We write to request the adjournment of the conference presently set for May 30, 2008, at 12:00 p.m., preferably to a date in the week of June 23 through 27, 2008. No previous request for an adjournment has been made. Plaintiff's counsel consents to this request.

The request to adjourn the conference is made because the undersigned, Defendants' principle trial counsel, must be in Milwaukee, Wisconsin, on May 30, for a family wedding. This request suggests rescheduling the conference for the week of June 23-27 because (a) undersigned counsel is expected to be on trial in Central Islip during the first two weeks of June, and (b) the parties have stipulated to an extension of Defendants' time to answer or otherwise respond to the complaint through and until June 20, 2008. (A copy of the stipulation accompanies this letter.) The parties would like to use the period prior to joinder of issue to explore whether this case is amenable to an early resolution, but also do not want to unnecessarily delay the progress the case if they are not successful in that regard.

We thank the Court in advance for its consideration of this application.

Very truly yours,

John Houston Pope

Enclosure

cc: Michael Shen, Esq. (by fax)

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY