UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY BROADY, individually and : ECF case
on behalf of others similarly situated, :
:
                   Plaintiff, :
: Case No. 08 Civ. 3451 (PKC)
  - against - :
:
CHAMPION COURIER, INC., :
RABBIT MESSENGER, INC. : **CORPORATE DISCLOSURE**
and STEVE LIPTON, : **STATEMENT**
:
                  Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendants Champion Courier, Inc. and Rabbit Messenger, Inc. hereby disclose that they are not publicly traded corporations, that they have no publicly traded parent corporations, and that there are no publicly traded corporations which own ten percent or more of their respective stock.

Dated: June 20, 2008

                                              Respectfully submitted,

                                              **EPSTEIN BECKER & GREEN, P.C.**

                                              s/John Houston Pope
                                                 John Houston Pope

                                              250 Park Avenue
                                              New York, New York 10177
                                              Phone: 212.351.4500
                                              Fax:    212.878.8741
                                              e-mail: jhpope@ebglaw.com