UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ANTHONY BROADY

                        Plaintiff(s),            08 Civ. 3451 (PKC)

      -against-

CHAMPION COURIER                         ORDER

                        Defendant(s).

-----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

P. KEVIN CASTEL, District Judge:

      As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

    1. By July 3, 2008 the plaintiff(s) ~~defendant(s)~~ parties shall submit a premotion conference letter regarding arbitration.

    2. By July 11, 2008, the ~~plaintiff(s)~~ defendant(s) ~~parties~~ shall respond.

3.

4.

5.

6.     The next conference in this matter will be held on
_July 18_, 200_ at _2 PM_.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
6-27-08