```
                                         SDS SDNY
                                         DOCUMENT
                                         ELECTRONICALLY FILED
                                         DOC #: _____
                                         DATE FILED: 7/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
ANTHONY BROADY, individually and on behalf of  :  ECF case
others similarly situated,                     :
                                               :  Case No. 08 Civ. 3451 (PKC)
                          Plaintiff,           :
        - against -                            :
                                               :
CHAMPION COURIER, INC., RABBIT                 :  STIPULATION OF
MESSENGER, INC. and STEVE LIPTON,              :  VOLUNTARY DISMISSAL
                                               :  WITH PREJUDICE
                          Defendants.          :
-------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above entitled action be dismissed in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with prejudice and without costs and fees to any party.

Dated: July 16, 2008

MICHAEL SHEN & ASSOCIATES, P.C.          EPSTEIN BECKER & GREEN, P.C.

By _____            By _____
   Michael Shen                             John Houston Pope

225 Broadway, Suite 2515                 250 Park Avenue
New York, NY 10007                       New York, NY 10117
(212) 227 – 0300                         (212) 351 – 4500
*Attorneys for Plaintiff*                *Attorneys for Defendants*


SO ORDERED: _____
                    U.S.D.J.

7-17-08